IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION ) ) ) ) Plaintiff, ) ) v. ) Case No. 1:20-cv-1074 ) KLISE MANUFACTURING COMPANY ) Hon. Paul L. Maloney ) Defendant. ) ) | |

**ORDER GRANTING JUDGMENT BY DEFAULT**

The court has reviewed the Pension Benefit Guaranty Corporation's Motion for Judgment by Default against Klise Manufacturing Company ("Klise"), the Memorandum of Points and Authorities in support thereof, and the clerk having entered the default with respect to Klise, and good cause having been shown therefor, it is, by the court,

ORDERED:  that a judgment by default is entered in favor of the Pension Benefit Guaranty Corporation under Fed. R. Civ. P. 55(b)(2); and it is

FURTHER ORDERED:  that the Klise Manufacturing Company Pension Plan (the "Pension Plan") is terminated under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED: that the Pension Benefit Guaranty Corporation is appointed as statutory trustee of the Pension Plan under 29 U.S.C. § 1342(c); and it is

FURTHER ORDERED:  that October 31, 2018, is established as the termination date of the Pension Plan under 29 U.S.C. § 1348(a)(4); and it is

FURTHER ORDERED:  that Klise and all other persons or entities having possession, custody, or control of any records, assets, or other property of the Pension Plan shall transfer,

convey, and deliver all such records, assets, and property to the Pension Benefit Guaranty Corporation.

Date: January 27, 2021

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge